UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENDRIK BLOCK,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRE-BOUDIN BAKERIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-02241-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before July 25, 2017**, the parties shall file a stipulated dismissal or notice of dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on August 1, 2017, at **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than July 25, 2017, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: 6/26/2017



Howard R. Lloyd
United States Magistrate Judge